UP–RIGHT, Inc., a corporation, and Wallace J. S. Johnson, Appellants,

v.

PATENT SCAFFOLDING CO., Inc., a corporation, Appellee.

No. 14617.

United States Court of Appeals Ninth Circuit.

Dec. 2, 1955.

Mellin, Hanscom & Hursh, Oscar A. Mellin, Leroy Hanscom, Jack E. Hursh, San Francisco, Cal., for appellants.

Bronson, Bronson & McKinnon, J. E. Trabucco, E. D. Bronson, San Francisco, Cal., C. P. Goepel, New York City, for appellee.

Before DENMAN, Chief Judge, and HEALY and LEMMON, Circuit Judges.

PER CURIAM.

Up-Right, Inc. and Johnson appeal from a judgment of the district court denying appellants' recovery for patent infringement on the ground that their patent is invalid. The question presented is whether appellants' patented adjustable scaffold leg is a "combination" of old elements which produces a new

function and results, or only an "aggregation" of old elements each performing its well known function.

The judgment is affirmed on the grounds stated in District Judge Goodman's memorandum decision, findings of fact and conclusions of law reported in 135 F.Supp. 813.